SARAH M. TITTLE, Respondent, *v.* ALIDA M. VAN VALKEN-BURG et al., as Administrators of the Estate of CHARLES A. VAN VALKENBURG, Deceased, et al., Appellants.

*Tittle* v. *Van Valkenburg,* 75 App. Div. 69, affirmed.
(Argued November 19, 1906; decided December 11, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 17, 1904, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term, and granted a new trial in an action to compel defendants to execute a deed of certain premises pursuant to the terms of an alleged contract.

*Charles J. Palmer* for appellants.

*Myron G. Bronner* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, without costs in any court; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting : HISCOCK, J.